## ANNA KURAWSKI, ADMX.
*vs.*
## UNITED AIRCRAFT CORPORATION

Superior Court        Hartford County        File No. 63231

MEMORANDUM FILED JANUARY 3, 1942.

*Edwin M. Ryan*, of Hartford, for the Plaintiff.

*Wiggin & Dana,* of New Haven, specially for the Defendant.

COMLEY, J. The legal proposition that the administratrix appointed in a foreign jurisdiction may not administer assets in this State is not the same as the legal proposition that she may not maintain an action in this State. Whether as such administratrix she states a good cause of action is not to be determined on a plea in abatement.

The demurrer is therefore sustained.